# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

```
UNITED STATES OF AMERICA,    )
                             )
     v.                      )
                             )    2:22-CR-026-55
ADAM SMITH,                  )
                             )
     Defendant.              )
```

**ORDER**

Defendant filed a Motion for Temporary/Pretrial Release on an unsecured $25,000 bond. Dkt. No. 1432. Defendant pled guilty to "an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. § 801 et seq.)," 18 U.S.C. § 3142(f)(1)(C), and "is awaiting imposition or execution of sentence," 18 U.S.C. § 3143(a)(2). As a result, the Court "shall order that [Defendant] . . . be detained unless [the Court] finds by clear and convincing evidence that [Defendant] is not likely to flee or pose a danger to any other person or the community," 18 U.S.C. § 3143(a)(2)(B).

Defendant has not shown by clear and convincing evidence that he "is not likely to flee or pose a danger to any other person or the community." Id. As mentioned, Defendant pled guilty to Conspiracy to Possess with Intent to Distribute and to Distribute a Quantity of Fentanyl, in violation 21 U.S.C. Section 846. Dkt.

No. 1409 at 1; Dkt. No. 1410. This is a serious drug offense subject to a lengthy period of incarceration. Dkt. No. 1409 at 2; Dkt. No. 1410. As the Magistrate Judge noted in the Order of Detention Pending Trial, Defendant also has a prior criminal history, a history of alcohol or substance abuse, lack of stable employment, a prior failure to appear in court as ordered, and prior violations of probation, parole, or supervised release. Dkt. No. 546 at 2-3. All these factors weigh against finding that Defendant "is not likely to flee or pose a danger to any other person or the community." 18 U.S.C. § 3143(a)(2)(B).

While Defendant has presented evidence that he is the primary caretaker of his ill father, this does not amount to clear and convincing evidence that he "is not likely to flee or pose a danger to any other person or the community," especially considering the aforementioned factors that indicate the contrary. Id. While the Court is sympathetic to Defendant's family situation, after consideration of all the factors contained in 18 U.S.C. Section 3142(g), the Court concludes continued detention is appropriate under 18 U.S.C. Section 3143(a)(2)(B). Therefore, Defendant's Motion for Temporary/Pretrial Release, dkt. no. 1432, is **DENIED.**

**SO ORDERED** this 31st day of July, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA